UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-23078-CIV-UNGARO

THE COALITION OF IMMOKALEE
WORKERS, INC.,
    Plaintiff,

v.

MIAMI-DADE COUNTY,
    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court upon the parties' Joint Stipulation for Final Order of Dismissal With Prejudice, filed June 27, 2008. (D.E. 35.)

THIS COURT has reviewed the file and the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED that pursuant to Fed. R. Civ. P. 41 this Cause is DISMISSED WITH PREJUDICE. The Court retains jurisdiction over this matter for ninety days for the purpose of enforcement of the Settlement Agreement.

DONE AND ORDERED in Chambers at Miami, Florida, this 2d day of July, 2008.

*Ursula Ungaro*
_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Magistrate Judge Simonton
counsel of record